No. 371.  NATIONAL BROADCASTING CO., INC., v. PHILCO CORPORATION.  The motion of Gerity Broadcasting Co. for leave to file brief, as *amicus curiae,* is denied.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit also denied. *John F. Sonnett, Bernard G. Segal* and *Thomas E. Ervin* for petitioner.  *Henry B. Weaver, Jr.* for respondent. At the invitation of the Court, 358 U. S. 876, *Solicitor General Rankin* filed a memorandum for the United States setting forth the views of the Federal Communications Commission in this case.

No. 497, Misc.  CHAVEZ v. CALIFORNIA.  Supreme Court of California.  Certiorari denied.  *A. L. Wirin* and *Fred Okrand* for petitioner.  *Edmund G. Brown,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Norman H. Sokolow,* Deputy Attorney General, for respondent.

No. 498, Misc.  MOORE v. ARKANSAS.  Supreme Court of Arkansas.  Certiorari denied.  *W. Harold Flowers* for petitioner.

No. 525.  LEIFER ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.  *Hayden C. Covington* for petitioners.  *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 568.  INTERNATIO-ROTTERDAM, INC., v. RIVER BRAND RICE MILLS, INC.  C. A. 2d Cir.  Certiorari denied.  *Frank Marcellino* for petitioner.  *Phil E. Gilbert, Jr.* for respondent.